**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Tevin Hart, Appellant.

Appellate Case No. 2014-000944

———————

Appeal From Dorchester County
Maité Murphy, Circuit Court Judge

———————

Unpublished Opinion No. 2016-UP-085
Submitted December 1, 2015 – Filed February 24, 2016

———————

**APPEAL DISMISSED**

———————

Appellate Defender Benjamin John Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Interim Senior Assistant Deputy Attorney General John Benjamin Aplin, all of Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, for Respondent.

———————

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.